UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IGOR A. ALATORTEV,

            Plaintiff,

    v.

JETBLUE AIRWAYS CORP.,

            Defendant.

Case No.   17-cv-04859-WHO

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 40

      Pursuant to the Court's Order Granting Motion to Dismiss Amended Complaint, judgment is accordingly entered in favor of defendant and against plaintiff.

Dated:  June 7, 2018

Susan Y. Soong, Clerk

By: Jean M. Davis, Deputy Clerk

United States District Court
Northern District of California